UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
STEVEN SIDBURY,

               Plaintiff,

    - against -

ESU Correction Officer BELL, ESU Correction
Officer WUGO,

              Defendants.
-------------------------------------------------------------------X

**ORDER**
19-CV-1136 (RRM) (RER)

ROSLYNN R. MAUSKOPF, United States District Judge.

On August 6, 2018, *pro se* plaintiff Steven Sidbury, then incarcerated at Downstate Correctional Facility, filed this action in the United States District Court for the Western District of New York. (Compl. (Doc. No. 1).) On February 26, 2019, the action was transferred to this Court. However, the Prisoner Authorization form signed by Sidbury did not reflect the correct filing fee. The Clerk of Court has sent letters to Sidbury on three separate occasions, including to Southport Correctional Facility and Clinton Correctional Facility,[1] notifying him of the error and directing him to complete a corrected Prisoner Authorization form in order to proceed with this action. (Notice of Deficiency Filing (Doc. No. 7, 8, 10).) To date, Sidbury has not filed a corrected Prisoner Authorization form or paid the filing fee. Accordingly, the complaint is dismissed without prejudice. The Clerk of Court is directed to enter judgment against Sidbury, to mail a copy of this Order to the *pro se* plaintiff, to note the mailing on the docket sheet, and to close this case.

SO ORDERED.

Dated: Brooklyn, New York
       November 20, 2019

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge

---

[1] Sidbury is advised that it is his obligation to inform the Court of any change of address.